UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Pat Emerson
Plaintiff(s)

v. C.A. No. MC 04-50ML

Wembley USA, Inc., et al.
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Defendant Wembley USA, Inc. hereby moves that Kristen L. Mix be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which ______________counsel specializes:
- Defense counsel's long-standing representation of the clients: Wembley USA, Inc.,; Wembley, Inc. and Robert Ty Howard in related litigation pending in the United States District Court for the District of Colorado.
- The local trial bar lacks experience in the field of: ________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ____________________. counsel is familiar, specifically : ________________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to ____________________counsel, as follows: .________________________.
- It is a criminal case, and ____________________counsel is defendant's counsel of choice.
- Other: ________________________.

(~~Plaintiff~~/Defendant)
By: Kristen L. Mix
Attorney for Defendants
Wembley USA, Inc. Wembley, Inc.
and Robert Ty Howard

Patricia K. Rocha, #2793
John A. Tarantino, #2586
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

DATED: 6/24/05

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Colorado and of the following Federal District Court and/or Court of Appeals Bar(s) United States District Court for the District of Colorado; Tenth Circuit Court of Appeals; Ninth Circuit Court of Appeals, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Kristen L. Mix [signature]<br>Name | Patricia K. Rocha, Esq. [signature]<br>Local Counsel |
| Snell & Wilmer L.L.P.<br>Firm Name | 2793<br>R.I. Bar ID # |
| 1200 Seventeenth Street, Suite 1900<br>Business Address | Adler Pollock & Sheehan<br>Firm name |
| Denver, CO 80602 | One Citizens Plaza, 8th Floor<br>Business Address |
| | Providence, RI 02903-2443 |
| 303-634-2000 Tel. #   303-634-2020 Fax # | 401-274-7200 Tel. #   401-751-0604 Fax # |

---

Order : This motion is hereby ____________________.

____________________
U.S. District Judge
Date: ________________

pro hac vice motion (rev.3/05)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of June, 2005, I caused a true copy of the within to be served via first class mail, postage prepaid, on the following:

*Attorneys for Plaintiff:*

Melissa A. Clack, Esq.
Zupkus & Angell, P.C.
555 East Eighth Avenue
Denver, CO 80203

Brian P. Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

*Co-Counsel for Defendant, Wembley USA, Inc.*
Kristen L. Mix, Esq.
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202

*Counsel for Daniel Bucci:*
Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903

Debra Hunn