IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAT EMERSON | : | |
| | : | No. 03-N-1793 (BNB) |
| VS. | : | U.S. District Court |
| | : | District of Colorado |
| WEMBLEY USA, INC., ET. AL. | : | |

**PLAINTIFF'S MOTION TO AMEND ORDER**

Plaintiff Patricia Emerson, by and through her counsel, Campbell Campbell Edwards & Conroy, P.C. and Zupkus and Angell, P.C., hereby moves pursuant to Fed. R. Civ. P. 37(a) to amend the Court's Order temporarily staying the Subpoena *Duces Tecum* issued to former Wembley USA, Inc. employee Daniel Bucci.[1] In support thereof, the Plaintiff states as follows:

1. On July 19, 2004, this Court (Lisi, J., presiding) entered its Order regarding Daniel Bucci's Motion to Quash Subpoena or For Protective Order (filed in case number MC 04-50ML) and Plaintiff Patricia Emerson's Motion to Enforce Subpoena Issued to Daniel Bucci or to Modify Subpoena as Justice Requires (filed in case number MC 04-52ML).

2. This Court's Order denied in part and allowed in part these motions. (A copy of the Court's Order is attached as Exhibit A).

3. The Order stated that Mr. Bucci's deposition in the above-captioned matter of *Emerson v. Wembley, Inc.*, C.A. No. 03-N-1793 (BNB), a civil action presently pending in the United States District Court for the District of Colorado, would be allowed to proceed as soon as practicable following the verdict in Mr. Bucci's criminal trial. The reason for the ordered delay of the deposition was for practical purposes. This Court reasoned that the criminal trial would end shortly and Mr. Bucci could then sit for deposition in the above-captioned civil matter.

4. Counsel was to confer seven (7) days following the verdict in the Criminal case to agree on a mutually convenient date for the deposition. Counsel for Plaintiff has repeatedly called Mr. Bucci's counsel, Anthony Traini, to

[1] Pursuant to Local Rule 12(a)(1), Plaintiff submits that she is not required to file a separate memorandum of law in support of her Motion to Amend Order because her Motion is an "excepted motion" under the rule.

set a time for Mr. Bucci's deposition, but her phone calls have not been returned by Attorney Traini.

5. The criminal trial resulted in an acquittal for Mr. Bucci on several criminal charges. The remaining charges resulted in a hung jury.

6. Prosecutors decided to retry those issues that resulted in a hung jury. Mr. Bucci was to face a retrial on bribery-conspiracy charges beginning April 26, 2005.

7. This Court stayed indefinitely the date for the second trial to decide pre-trial motions, including one that would move the trial to Massachusetts.

8. Currently, the re-trial has been stayed while information regarding the Defendant's motions for change of venue is considered.

9. In light of recent developments, Plaintiff respectfully requests this Court amend its Order to allow the Plaintiff to depose Mr. Bucci so that Plaintiff's civil action may finally proceed.

10. As this Court has already recognized that Plaintiff's request to depose Mr. Bucci was entirely appropriate and enforceable, Plaintiff merely requests enforcement of the Court's Order.

11. This litigation has been ongoing since August 2003 and the Plaintiff will be unfairly prejudiced if she is unable to depose Mr. Bucci and prepare her case for trial.

WHEREFORE, Plaintiff Patricia Emerson respectfully requests that this Court enter an Order:

a) Compelling Attorney Traini to comply with the Plaintiff's Subpoena *Duces Tecum* and produce the documents requested in Plaintiff's Subpoena pursuant to Fed. R. Civ. P. 37(a) and 45 no later than ten (10) days prior to the date set for Daniel Bucci's deposition;

b) Produce Daniel Bucci for deposition within thirty (30) days; and

c) Any other relief the Court deems appropriate and just.

**PATRICIA EMERSON**

By her Attorneys,

**ZUPKUS & ANGELL, P.C.**

_______________________ *

Robert A. Zupkus, Esquire
Bradley N. Shefrin, Esquire
Melissa A. Clack, Esquire
The McCourt Mansion
555 E. Eight Avenue
Denver, Colorado 80203
(303) 894-8948

**CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.**

_______________________

Charles K. Mone, Esquire (Bar No. 5468)
123 Dyer Street
Providence, RI 02903
(401) 421-5123
(617) 241-3052

## CERTIFICATION PURSUANT TO FED. R. CIV. 37(a) AND LOCAL RULES

I, Melissa A. Clack, counsel for Plaintiff Patricia Emerson, hereby certify pursuant to Fed. R. Civ. P. 37(a)(2)(A) and the Local Rules for the United States District Court for the District of Rhode Island, that I attempted several times to confer with Anthony Traini, counsel for Daniel Bucci, by telephone in good faith in an attempt to resolve or narrow the issues raised in Plaintiff's Motion to Amend Order, but that Mr. Traini never returned my calls and, consequently, all efforts to resolve this issue by agreement failed.

_______________________ *
Melissa Clack

* By Mr. Mone, per July 18, 2005 telephonic authorization of Ms. Clack.

## REQUEST FOR ORAL ARGUMENT

Plaintiff Patricia Emerson respectfully requests oral arguments by telephone on her Motion to Amend Order in order to better assist the Court understand the issues raised in Plaintiff's Motion. Counsel for Plaintiff estimates that the hearing should last no more than thirty (30) minutes.

## CERTIFICATE OF SERVICE

I, Charles K. Mone, hereby certify that on Tuesday, July 19, 2005, I served a copy of **PLAINTIFF'S MOTION TO AMEND ORDER** by regular U.S. Mail, postage prepaid, to the following counsel of record:

Kristen L. Mix, Esquire
SNELL & WILMER LLP
1200 Seventeenth Street, Suite 1900
The Tabor Center
Denver, CO 80202

John A. Tarantino, Esquire
Patricia K. Rocha, Esquire
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Anthony M. Traini, Esquire
56 Pine Street
Providence, RI 02903

Charles K. Mone, Esquire (Bar No. 5468)