IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAT EMERSON | : | |
| | : | No. MC 04-50ML |
| VS. | : | No. MC 04-52ML |
| | : | |
| WEMBLEY USA, INC., ET AL. | : | |

RECEIVED
JUL 12 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ORDER**

Motions by Daniel Bucci To Quash Subpoena or For Protective Order (filed in case number MC 04-50ML) and by Patricia Emerson To Enforce Subpoena Issued To Daniel Bucci or to Modify Subpoena as Justice Requires (filed in case number 04-52ML)[1] having been filed, and after review of the Motions and hearing on June 30, 2004, it is hereby:

ORDERED

[1]The proceedings involving Mr. Bucci are properly before the Court only in Case Number MC 04-50ML. Patricia Emerson's Motion To Enforce Subpoena Issued To Daniel Bucci or to Modify Subpoena as Justice Requires should have been filed in that case. Furthermore, these proceedings concern only Mr. Bucci's deposition testimony and not the production of documents, Emerson's request for document production having been waived in open court on June 30, 2004.

The proceedings in Case Number MC 04-52ML concern certain Subpoenas Duces Tecum (and motions by Patricia Emerson for their enforcement) issued to Attorneys Anthony Traini and C. Leonard O'Brien. These Subpoenas, along with a third Subpoena Duces Tecum issued to Attorney John Tarantino (which was not the subject of such a motion), were withdrawn by Emerson's counsel in open court on June 30, 2004, are thus no longer valid and outstanding, and therefore require no action by this Court.



5

Daniel Bucci's Motion To Quash Subpoena or For Protective Order and Patricia Emerson's Motion To Enforce Subpoena Issued To Daniel Bucci or to Modify Subpoena as Justice Requires are both denied in part and allowed in part to the following extent:

1. Insofar as Mr. Bucci is a defendant in the criminal matter captioned *United States v. Nigel Potter, et als.*, CR No. 03-081ML (the "Criminal Case"), pending before this Court and presently scheduled for trial in September of 2004, Mr. Bucci's deposition in the matter of *Emerson v. Wembley, Inc.*, C.A. No. 03-N-1793 (BNB), a civil action presently pending in the United States District Court for the District of Colorado, shall be allowed to proceed as soon as practicable following the verdict in the Criminal Case.

2. Counsel shall confer within seven (7) days following the verdict in the Criminal Case and agree upon a mutually convenient date for the deposition as soon as possible thereafter. In the event counsel cannot agree on a date, the Court shall entertain a request for a suitable Order.

BY ORDER:

Barbara Barletta

DEPUTY CLERK

ENTER:

Mary M. Lisi

MARY M. LISI
UNITED STATES DISTRICT COURT JUDGE

DATE: July 19, 2004