UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: MC 04-050ML** **DATE: September 7, 2005**

**TITLE: Emerson v. Wembley USA**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

**COUNSEL PRESENT:** **for pltf: Charles K. Mone; Melissa A. Clack**
**for deft: Patricia K. Rocha; Kristen L. Mix**
**for proposed deponent Daniel Bucci: Anthony M. Traini**

**Proceedings: Pltf's M/Amend Court's Order dated 7/19/04 as to subpoena re: Daniel Bucci**

**Ms. Clack addresses the Court re: pltf's motion. Pltf is requesting that a video deposition of Daniel Bucci be allowed, and seeks a deadline within which to complete same. Ms. Mix responds, objecting to the proposed depo of Bucci. Mr. Traini states his position. Ms. Clack & Ms. Mix respond.**

**Court GRANTS pltf's motion: within the next 90 days, Mr. Bucci is to make himself available to pltf for a video deposition. Mr. Mone to prepare order for the Court's signature.**