IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAT EMERSON :
: MC 04-50ML and
VS. : MC 04-52ML
:
WEMBLEY USA, INC., ET. AL. :

2005

# ORDER

THIS MATTER came before the Court for hearing upon Plaintiff Patricia Emerson's Motion to Amend Order to permit the deposition of Daniel Bucci. The Court, having read and reviewed the parties' motions, finds as follows:

Plaintiff's Motion to Amend Order is hereby ALLOWED. The plaintiff is entitled to question Mr. Bucci under oath to preserve evidence. Mr. Bucci will make himself available for the deposition within ninety (90) days of the date of this order, or such earlier time that Mr. Bucci and Plaintiff's counsel can agree. The plaintiff's request to video the deposition is also allowed.

By: Mary M. Lisi
Honorable Mary M. Lisi
District Court Judge

Dated: September 7, 2005